*In re* **KOLODENKO**, Marshall (MR 19930)
Tucson, AZ

Order of the Court:

The motion by the Administrator of the Attorney Registration and Disciplinary Commission to approve and confirm the report and recommendation of the Hearing Board is allowed, and respondent Marshall Kolo-

denko is suspended from the practice of law for three years and until further order of the Court.